```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  SHERI PYM
    Assistant United States Attorney
 3  Chief, Riverside Branch Office
    DENNISE D. WILLETT (Cal. State Bar # 173491)
 4  Assistant United States Attorney
         3880 Lemon Street
 5       Suite 210
         Riverside, California 92501
 6       Telephone:  (951) 276-6938
         Facsimile:  (951) 276-6927
 7       Email: Dennise.Willett@usdoj.gov

 8  Attorneys for Respondent
    United States of America
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RANDALL HARDING, ) | Case No. ED CV 07-1272-VAP |
| ) | **(Crim. ED CR 04-82-VAP)** |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

GOOD CAUSE HAVING BEEN SHOWN, the Government's motion to extend time to file its response to Petitioner's Writ of Habeas Corpus is GRANTED.  The Government's response shall be filed on or before April 25, 2008.  Petitioner may file his reply no later than May 9, 2008.

DATED: March 10, 2008

*/s/ Virginia A. Phillips*

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge